

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bobby Gene Glover <br><br> Plaintiff, <br> V. <br><br> Paramo, Warden; Director of the California Department of Corrections <br><br> Defendant. | Civil Action No. 17-cv-02457-CAB-JLB <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court 1) DENIES Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. § 1915(g); 2) DISMISSES this civil action without prejudice based on Plaintiff's failure to prepay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a); 3) CERTIFIES that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). See Coppedge v. United States, 369 U.S. 438, 445 (1962); Gardner v. Pogue, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed IFP on appeal only if appeal would not be frivolous); and 4) DIRECTS the Clerk of Court to close the file. It Is So Ordered.

Date: 2/6/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy